IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE BEAUFORT BONNET COMPANY, LLC,<br><br>　　　　　Defendant. | Case No. 1:20-cv-10740 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Stephen Giannaros and Defendant The Beaufort Bonnet Company, LLC have reached an agreement in principle that will resolve the claims alleged in the case, *Giannaros v. The Beaufort Bonnet Company, LLC*, Case No. 1:20-cv-10740. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Dated: January 28, 2021　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　/s/ Jason M. Leviton
　　　　　　　　　　　　　　　　　Jason M. Leviton (BBO# 678331)
　　　　　　　　　　　　　　　　　**BLOCK & LEVITON LLP**
　　　　　　　　　　　　　　　　　260 Franklin Street, Suite 1860
　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　Phone: (617) 398-5600
　　　　　　　　　　　　　　　　　jason@blockesq.com

　　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him/His)
　　　　　　　　　　　　　　　　　Pa. No. 312144
　　　　　　　　　　　　　　　　　Kevin J. Abramowicz
　　　　　　　　　　　　　　　　　Pa. No. 320659
　　　　　　　　　　　　　　　　　**EAST END TRIAL GROUP LLC**
　　　　　　　　　　　　　　　　　186 42nd St., P.O. Box 40127
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15201
　　　　　　　　　　　　　　　　　Tel. (412) 877-5220
　　　　　　　　　　　　　　　　　ktucker@eastendtrialgroup.com
　　　　　　　　　　　　　　　　　kabramowicz@eastendtrialgroup.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on this date, and that a true copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing, if any, by on the same date.

Respectfully Submitted,

Dated: January 28, 2021                     */s/ Jason M. Leviton*
                                            Jason M. Leviton