IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>    Plaintiff,<br><br>v.<br><br>THE BEAUFORT BONNET COMPANY, LLC,<br><br>    Defendant. | Case No. 1:20-cv-10740-FDS |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, with each party to bear his or its own attorneys' fees and costs.

Dated: March 30, 2021               Respectfully Submitted,

/s/ Jason M. Leviton
Jason M. Leviton (BBO# 678331)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
jason@blockleviton.com

Kevin W. Tucker (He/Him/His)
Pa. No. 312144
Kevin J. Abramowicz
Pa. No. 320659
**EAST END TRIAL GROUP LLC**
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

*Counsel for Plaintiff*

1

*/s/ Howard E. Stempler*
Howard E. Stempler
**Seder & Chandler LLP**
339 Main Street
Worchester, MA 01608-1585
Direct: (508) 775-7721
Fax: (508) 798-1863

Gregory F. Hurley, (Ca. ID No. 126791)
Pro Hac Vice Pending
Michael J. Chilleen, (Ca. ID No. 210704)
Pro Hac Vice Pending
**Sheppard Mullin Richter & Hampton LLP**
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Main: (714) 513-5100
ghurley@sheppardmullin.com
mchilleen@sheppardmullin.com

*Counsel for Defendant*

## **ORDER**

The stipulation is approved. The action is hereby dismissed with prejudice.

_____
F. Dennis Saylor, IV
Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on this date, and that a true copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing, if any, by on the same date.

Respectfully Submitted,

Dated: March 30, 2021            */s/ Jason M. Leviton*
                                 Jason M. Leviton